### DERRISO v. BANK OF SOPERTON.

GILBERT, J. The evidence was without conflict, and required a finding that the deed of the petitioner was made to the defendant bank to secure the debt of her husband with knowledge of the bank. It was error to refuse a temporary injunction.

*Judgment reversed. All the Justices concur.*

No. 5910. NOVEMBER 18, 1927.

Equitable petition. Before Judge Camp. Treutlen superior court. February 19, 1927.

*W. B. Kent,* for plaintiff. *N. L. Gillis Jr.,* for defendant.

Husband and Wife, 30 C. J. p. 909, n. 42.